UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

WINFORGE, INC.,  )
a North Carolina corporation, and  )
BYRON McMAHON, a  )
North Carolina citizen,  )
 )
        Plaintiffs,  )
 )
v.  )  Case No.
 )
COACHMEN INDUSTRIES, INC., an  )  **1:06-cv-0619-SEB-VSS**
Indiana corporation,  )
ALL AMERICAN HOMES, LLC, a  )
Virginia corporation, and  )
MOD-U-KRAF HOMES, LLC, a  )
Virginia corporation,  )
 )
        Defendants.  )

## WINFORGE, INC.'S CORPORATE DISCLOSURE

Plaintiff, Winforge, Inc., by counsel and pursuant to Rule 7.1, states as follows for its corporate disclosure:

1. Winforge, Inc. is a North Carolina corporation.

2. There are no publicly held companies that own 10% or more of Winforge, Inc.'s stock.

3. There are no parent corporations that own 10% or more of Winforge, Inc.'s stock.

Respectfully Submitted,

SOPKO, NUSSBAUM, & INABNIT

By: *Christopher M. Keefer* / by *Christopher R. Taylor (23382-64)*
Brent E. Inabnit #17387-71
Christopher M. Keefer, #21914-02
5th Floor - Plaza Building
210 South Michigan Street
Post Office Box 300
South Bend, Indiana 46624
Telephone: (574) 234-3000
Attorneys for Winforge, Inc. and
Byron McMahon

bei\l\McMahonCORPDISCL