UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WINFORGE, INC., et al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 1:06-cv-619-SEB-VSS |
| | ) | |
| COACHMEN INDUSTRIES, et al., | ) | |
| Defendants. | ) | |

**ORDER DISSOLVING INJUNCTION**

The Court, having reviewed Defendants' Praecipe for Order Dissolving Injunction (Docket No. 58), and being duly advised in the premises, now rules as follows.

In our Order of September 22, 2006, we ordered Plaintiffs to post a surety bond in the amount of $500,000.00 by 5:00 p.m. on Monday, October 2, 2006. We informed Plaintiffs that failure to comply with this order would result in the injunction previously entered by this Court, on May 26, 2006, being dissolved immediately. Plaintiffs have not, to date, posted the required bond. Therefore, as forewarned, the prior injunction is hereby dissolved.

IT IS SO ORDERED.

Date: October 5, 2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Brent Emerson Inabnit
SOPKO NUSSBAUM & INABNIT
brenti@sni-law.com

Christopher M. Keefer
SOPKO NUSSBAUM & INABNIT
chrisk@sni-law.com

Richard Charles Richmond III
SOMMER BARNARD ATTORNEYS, PC
richmond@sommerbarnard.com