UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WINFORGE, INC. and | ) | |
| BRYON MCMAHON, | ) | |
| | ) | |
| Plaintiffs, | ) | 1:06-cv-619- SEB-JMS |
| | ) | |
| vs. | ) | |
| | ) | |
| COACHMEN INDUSTRIES, INC., | ) | |
| ALL AMERICAN HOMES, LLC, and | ) | |
| MOD-U-KRAF HOMES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

The Honorable Sarah Evans Barker, Judge
Entry for February 4, 2010 – Trial Day 4

On this date, court was convened and the trial of this cause resumed. Court Reporter, Laura Howie-Walters, recorded the proceedings.

- ! Defendants called as their next witness, Kathy Samovitz Greaney. During her testimony, Plaintiffs' Exhibits 29, 241, 107, and 208, and Defendants' Exhibits RR, G/12, YY, T/14, B-11, O/3, K-8, Y/18, S/14, V/14, and M/10 were utilized.

- ! Plaintiffs cross-examined Ms. Samovitz Greaney. During her testimony on cross-examination, Defendants' Exhibits V/14 and W/9, and Plaintiffs' Exhibits 208, 107, 116, 132, 149, 30, 233, 74-A, and 30-B were utilized.

- ! Defendants questioned Ms. Samovitz Greaney on re-direct.

- ! Plaintiffs questioned Ms. Samovitz Greaney on re-cross. During her testimony on re-cross, Plaintiffs' Exhibits 241 and 19 were utilized.

- ! Defendants called as their final witness, Raymond Helmer. During his testimony, Defendants' Exhibits CCC, H/12, O/4, O/7, R/13, S/13, V/7, F/8, M/9, and Z/10, and Plaintiffs' Exhibit 228-2B, and 178 were utilized.

- ! Plaintiffs cross-examined Mr. Helmer. During his testimony on cross-examination, Plaintiffs' Exhibits 228-2 were utilized.

- ! Defendants questioned Mr. Helmer on re-direct. During his testimony on re-direcrt, Defendants' Exhibits R/14 were utilized.

- ! Plaintiffs questioned Mr. Helmer on re-cross.

- ! The Defendants rested their case.

- ! Plaintiffs declined to present any rebuttal evidence.

- ! The parties confirmed that they had placed before the Court all their evidence.

- ! In lieu of closing arguments, the parties opted to file post-trial briefs. The briefing schedule is as follows:

  - ! Plaintiffs' opening brief shall be filed no later than twenty-one (21) days from the date that the Notice of Filing of Official Transcript is docketed. (The parties will receive notice via CM-ECF).

  - ! Defendants' response brief shall be filed no later than twenty-one (21) days after receipt of service on them of Plaintiffs' opening brief.

  - ! Plaintiffs' reply shall be filed no later than ten (10) days after the receipt of service on them of Defendants' response.

- ! The trial was concluded, counsel were complimented and thanked by the Court, and the proceedings adjourned.

Copies to:

Brent Emerson Inabnit
SOPKO NUSSBAUM INABNIT & KACZMAREK
brenti@sni-law.com

Georgianne Marie Walker
MAY OBERFELL LORBER
gwalker@maylorber.com

Kevin E. Warren
SOPKO, NUSSBAUM, INABNIT & KACZMAREK
kevinw@sni-law.com

W. Todd Woelfer
MAY OBERFELL & LORBER
wwoelfer@maylorber.com